# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO CALDERA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN MEDICAL COLLECTION AGENCY A.K.A. RETRIEVAL-MASTERS CREDITORS BUREAU, INC.,**<br><br>Defendant. | **Case No.:** CV16-381 CBM (AJWx)<br><br>**ORDER CONTINUING PRELIMINARY APPROVAL HEARING [219]**<br><br>**DATE:** February 19, 2019<br>**TIME:** 10:00 a.m.<br>**COURTROOM:** 8B<br><br>**HON. CONSUELO B. MARSHALL** |

### NOTE: CHANGES MADE BY THE COURT

Based upon the Parties' Joint Stipulation and good cause appearing, this Court hereby Orders that the hearing on Plaintiff ARMANDO CALDERA's Motion for Preliminary Approval of Class Action Settlement is hereby continued to **March 12, 2019 at 10:00 a.m**.

Dated: February 1, 2019

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE