UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO CALDERA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>AMERICAN MEDICAL COLLECTION AGENCY a.k.a. RETREIVAL-MASTERS CREDITORS BUREAU, INC.,<br>Defendant. | Case No. 2:16-cv-0381-CBM (AJWx)<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE JUNE 25, 2019 HEARING DATE [238]<br><br>[Hon. Consuelo B. Marshall] |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. The hearing on Plaintiff's potential second Motion for Preliminary Approval of a Class Action Settlement shall be continued from June 25, 2019, to October 8, 2019, at 10:00 a.m.

2. If a second Motion for Preliminary Approval of a Class Action Settlement is not timely filed relative to the new hearing date the Parties shall file a Joint Status Report at least two weeks prior to the new hearing date.

Dated: June 6, 2019

Hon. Consuelo B. Marshall
United States District Judge